IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MELVIN LEWIS SEALEY,     ) | |
| )| |
| Plaintiff,     ) | |
| )| CIVIL ACTION NO. |
| v.     ) | 2:19cv280-MHT |
| )| (WO) |
| JONES WALKER, LLP,     ) | |
| )| |
| Defendant.     ) | |

## OPINION

Plaintiff filed this lawsuit asserting claims that attorneys for a bank engaged in fraudulent acts during a foreclosure on his property.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss be granted and this case dismissed with prejudice, that defendant's motion for sanctions be denied, and that costs be taxed against plaintiff. There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of May, 2020.

                                   /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**