IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MELVIN LEWIS SEALEY,         )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )      2:19cv280-MHT
                             )          (WO)
JONES WALKER, LLP,           )
                             )
     Defendant.              )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 22) is adopted.

(2) Defendant's motion to dismiss (doc. no. 8) is granted.

(3) Defendant's motion for sanctions (doc. no. 8) is denied.

(4) This lawsuit is dismissed with prejudice.

(5) All other pending motions are denied as moot.

It is further ORDERED that costs are taxed against

plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of May, 2020.

                                               /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**