IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MELVIN LEWIS SEALEY,       )
                           )
    Plaintiff,             )
                           )     CIVIL ACTION NO.
    v.                     )       2:19cv280-MHT
                           )           (WO)
JONES WALKER, LLP,         )
                           )
    Defendant.             )
```

**ORDER**

On May 27, 2020, the court entered an opinion and judgment adopting the recommendation of the United States Magistrate Judge and dismissing this case with prejudice. A day later, the court received plaintiff's objections to the recommendations. The court has now reviewed the objections despite their late filing, and, after a renewed independent and de novo review of the record, the objections do not change the outcome of the case.

Accordingly, it is ORDERED that the objections (doc. no. 25) are overruled, and the opinion and

judgment (doc. nos. 23 and 24) are readopted.

DONE, this the 2nd day of June, 2020.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**